# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2548
_____

ALBERT J. ROBINSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


September 18, 2019


PER CURIAM.

The petition for belated appeal is denied as untimely. *See* Fla. R. App. P. 9.141(c)(5)(A).

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Albert J. Robinson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.